1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  GALEN A. PHILLIPS (CABN 307644)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7110
7       Email: Galen.Phillips@usdoj.gov

8  Attorneys for United States of America

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,         )  CASE NO. 3:19-cr-00018-WHA
13                                   )
          Plaintiff,                  )  [PROPOSED] DETENTION ORDER
14                                   )
       v.                            )
15                                   )
   SARAH LYNN WALLS,                 )
16                                   )
          Defendant.                  )
17 _____ )

18         On July 11, 2025, defendant Sarah Lynn Walls was charged by a Second Amended Petition for

19 Warrant for Person Under Supervision (the "Form 12"), with violating certain conditions of her

20 supervised release, in violation of Title 18, United States Code, Section 3583.

21         This matter came before the Court on August 11, 2025, for a further detention hearing.[1]  The

22 defendant was present and represented by Mark Stuart Goldrosen.  Assistant United States Attorney

23 Galen A. Phillips appeared for the government.  The government moved for detention, and the defendant

24 opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

25         Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

26 the record, the Court finds that the Defendant has not satisfied her burden to establish, by clear and

27 _____

28    [1] This matter also came before the Court for statuses on detention on July 14, July 28, and
   August 7, 2025.

convincing evidence, that the person will not flee or pose a danger to any other person or to the community. Accordingly, the defendant must be detained pending resolution of the Form 12.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: the defendant has not met her burden of proof in establishing that she will not flee or pose a danger to any other person or the community, given, among other things, the defendant's criminal history, her absence of stable employment and housing, and her alleged poor performance on supervision, including her having been dismissed from the Creating Restorative Opportunities Program. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 12, 2025

_____
HONORABLE PETER H. KANG
United States Magistrate Judge